IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN OSIFO, | No. C 19-3991 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| COLIN COUNTY; MCKINNEY TEXAS POLICE DEPARTMENT; COLIN COUNTY DISTRICT COURT; DISTRICT ATTORNEY'S OFFICE, | (Dkt. 4) |
| Defendants. | |

This is a civil rights case brought pro se by a prisoner in Amarillo, Texas. He sues the County of Colin, Texas, and its police department, court, and prosecutor. The acts complained of occurred in Colin County. Colin County lies within the venue of the United States District Court for the Eastern District of Texas. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of Texas. *See* 28 U.S.C. § 1406(a). Ruling on the motion for a preliminary injunction is deferred to that district and terminated from this court's docket.

The clerk shall transfer this case forthwith.

**IT IS SO ORDERED.**

Dated: July   25   , 2019.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE